**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO PEREZ CERVANTES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES AND DOE DEFENDANTS 1 THROUGH 10, Inclusive,<br><br>Defendants. | CASE CV14-08027- ODW (JPRx)<br><br>**ORDER RE: STIPULATION TO DISMISS THE ENTIRE ACTION PURSUANT TO F.R.C.P. §41(a)(1)(A)(ii)** |

Having reviewed the stipulation and agreement between Plaintiff GERARDO PEREZ CERVANTES and Defendant CITY OF LOS ANGELES, by and through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) this Court orders as follows:

THIS MATTER IS DISMISSED IN ITS ENTIRETY WITH PREJUDICE AS TO ALL DEFENDANTS, each party to bear its own attorney fees and costs.

Inasmuch as all claims against all parties have now been dismissed, the matter is hereby closed.

DATED: January 8, 2016

_____
**HONORABLE OTIS D. WRIGHT**
United States District Judge

1